United States District Court
Northern District of Texas
Dallas Division

Doe 106
defendent
vs.

Mick Haig Productions, e.K.
Plaintiff

Civil Case No. 3:10-cv-01900-N

3-11MC-012-P

## Motion To Quash or Vacate The Subpoena

To: Mick Haig Productions, United States District Court, Northern Distric of Texas, and Comcast Cable Communications Legal Response Center.

I Doe 106 (defendent) am filing this motion to Quash or vacate the Subpoena Docket Number 3:10CV-01900-N by the court.

I Doe 106 had no knowledge that; Intellectual Property - Copyrights, (17:101) Copyright Infringements, were being done or even being uploaded/downloaded by Internet from Mick Haig Productions e.K. by his or her computer, or even on his or her computer.

I Doe 106, do now have his or her computer under control and is now being monitored, so if this is what has been happening, it will not happen again!

I Doe 106 am now pleading for mercy of the court to this Quashed or Vacated. This has been very hard on me, and feel I have no control being 900 miles away, and not having any knowledge of this at all.

Date: 01/24/2011

Doe 106       signed BC

Please find that I have submitted "A MOTION TO QUASH of VACATE" the subpoena

CASE # 3:10-CV-01900-N
Signed
DOE #106

SC
01/24/2011

Please Fax these 2 pages to Comcast at 866-947-5587 so they will know this has been submitted to this Court.

Thank you

I have enclosed $39 for the fee that is listed

"Motion to Quash Grand Jury or Foreign Deposition Subpoena"

United States District Court
Northern District of Texas
Attn: Judge David C. Godbey
1100 Commerce Street Room 1358
Dallas TX 75242

